■ KATZ-WAISMAN WEBER STRAUSS et al., Respondents, v. KINGSBROOK JEWISH MEDICAL CENTER et al., Appellants.—

Concur — Stevens, P. J., Capozzoli, Markewich, Tilzer and Eager, JJ.

■ ROBERT A. WOLFE, Appellant, v. DAVID B. CHASE, Defendant-Respondent and Third-Party Plaintiff. LIONEL CORPORATION, Third-Party Defendant.—

Concur — Capozzoli, J. P., McGivern, Nunez, Kupferman and McNally, JJ.